# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, et al., <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>VISSION INTEGRATION & POWER, INC., et al., <br><br>　　　　Defendants. | Case No. 2:06-cv-00872-ECR-GWF <br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The Discovery Plan and Scheduling Order (#35) filed September 27, 206, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than June 8, 2007, or 30 days after a decision on the dispositive motions. The dispositive motions were decided on July 23, 2007, thereby requiring a joint pretrial order due on or before August 22, 2007. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

　　　　1.　Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **September 7, 2007.** Failure to timely comply will result in the imposition of sanctions up to and including a recommendation to the District Judge that the complaint be dismissed for plaintiff's failure to prosecute. See Fed. R. Civ. P. 41(b).

2.     The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 28th day of August, 2007.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge